IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| John S. Bryan, Individually and as Personal Representative of the Estate of April Bryan; Estate of April Bryan, | ) ) ) | |
| | ) | C.A. No. 8:10-cv-00793-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Fulmer Helmets, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiffs in this civil action are proceeding *pro se.*   John S. Bryan filed the Complaint

individually and as the personal representative of the Estate of April Bryan ("the Estate"). The

Magistrate Judge's Report and Recommendation [Entry # 16], filed on July 20, 2010, recommends

the Estate be dismissed as a plaintiff in this action without prejudice because it is not represented by

counsel. The Report and Recommendation sets forth the relevant facts and legal standards, which

this court incorporates herein without recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C.

§ 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge

makes only a recommendation to this court.  The recommendation has no presumptive weight.  The

responsibility to make a final determination remains with this court.  *See Mathews v. Weber*, 423

U.S. 261, 270-71 (1976).  The court is charged with making a *de novo* determination of those

portions of the Report and Recommendation to which specific objection is made, and the court may

accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

Plaintiffs were advised of their right to file objections to the Report and Recommendation. [Entry # 16-1]. However, Plaintiffs filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein. It is therefore **ORDERED** that the Estate of April Bryan be dismissed as a plaintiff without prejudice.

**IT IS SO ORDERED.**

                                                  s/ J. Michelle Childs
                                                  United States District Judge

Greenville, South Carolina
October 28, 2010